## GREAT LAKES STAGES, INC v LAING

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided May 12, 1930

For full opinion see 174 NE 784; 38 Oh Ap 34 (Oh Bar 5-12-31).